

619 River Dr, Suite 340, Elmwood Park, NJ 07407
(201) 500-5490
www.ogplawfirm.com
crew@ogplawfirm.com

July 10, 2024

**VIA PACER**
Honorable James R. Cho
United States District Court
225 Cadman Plaza East
Brooklyn, NY 11201

Re: **Bastidas and Aguirre v. Premier Bakeries**
23-cv-07750-JRC

Dear Judge Cho:

As you are aware, this firm represents Premier Bakeries in the matter referenced above. In compliance with the court's order dated June 10, 2024, requiring the Defendant to provide a status report by July 10, 2024, regarding whether Premier Bakeries has filed a bankruptcy petition, please find attached the emergent petition for Premier Bakeries' Chapter 7 bankruptcy filing, which was filed on July 9, 2024.

Thank you,

Very truly yours,

*Crew Schielke*
CREW SCHIELKE

Encl.

cc: Nolan Klien, Esq.

## U.S. Bankruptcy Court
### District of New Jersey (Newark)
### Bankruptcy Petition #: 24-16850-SLM

*Date filed:* 07/09/2024
*341 meeting:* 08/08/2024

*Assigned to:* Judge Stacey L. Meisel
Chapter 7
Voluntary
No asset

**Debtor**
**Premier Bakeries, Inc**
519 Longview Avenue
Cliffside Park, NJ 07010
BERGEN-NJ
Tax ID / EIN: 82-2086211

represented by **David L. Stevens**
Scura, Wigfield, Heyer & Stevens
1599 Hamburg Turnpike
Wayne, NJ 07470
973-696-8391
Email: dstevens@scura.com

**Trustee**
**David Wolff**
David Wolff, Chapter 7 Trustee
750 Route 34
Suite 11
Matawan, NJ 07747
732-566-1189

**U.S. Trustee**
**U.S. Trustee**
US Dept of Justice
Office of the US Trustee
One Newark Center Ste 2100
Newark, NJ 07102
(973) 645-3014

| Filing Date | # | Docket Text |
|---|---|---|
| 07/09/2024 | 1 (9 pgs) | Chapter 7 Voluntary Petition filed by David L. Stevens of Scura, Wigfield, Heyer & Stevens on behalf of Premier Bakeries, Inc. (Stevens, David) (Entered: 07/09/2024) |
| 07/09/2024 | | Receipt of filing fee for Voluntary Petition (Chapter 7)( 24-16850) [caseupld,1027u] ( 338.00) Filing Fee. Receipt number A46972689, fee amount $ 338.00. (re: Doc#1) (U.S. Treasury) (Entered: 07/09/2024) |
| 07/10/2024 | 2 (2 pgs) | Notice of Chapter 7 Bankruptcy Case, Meeting of Creditors and Notice of Appointment of Interim Trustee Wolff, David with 341(a) meeting to be held on 8/8/2024 at 11:00 AM via Zoom - Wolff: join.zoom.us Meeting ID 446 564 8926, Passcode 3193147802, or call 1-848-288-6195. (Entered: 07/10/2024) |
| 07/10/2024 | | Remark Street address of the debtor is 725 River Road, Suite 32-288, Edgewater, NJ 07020. (gan) (Entered: 07/10/2024) |

**Fill in this information to identify the case:**

United States Bankruptcy Court for the:

District of New Jersey

Case number (*If known*): _____    Chapter 7 _____

☐ Check if this is an amended filing

## Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy    06/24

**If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.**

| | |
|---|---|
| 1. **Debtor's name** | Premier Bakeries, Inc |
| 2. **All other names debtor used in the last 8 years**<br><br>Include any assumed names, trade names, and *doing business as* names | |
| 3. **Debtor's federal Employer Identification Number (EIN)** | 82-2086211 |

4. **Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| 725 River Road, Suite 32-288 | 519 Longview Avenue |
| Number        Street | Number        Street |
| | P.O. Box |
| Edgewater        NJ    07020 | Cliffside Park        NJ    07010 |
| City        State    ZIP Code | City        State    ZIP Code |
| | Location of principal assets, if different from principal place of business |
| Bergen County | |
| County | Number        Street |
| | |
| | City        State    ZIP Code |

5. **Debtor's website** (URL) _____

6. **Type of debtor**

☑ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐ Partnership (excluding LLP)

☐ Other. Specify: _____

Debtor    Premier Bakeries, Inc                                    Case number (if known)
          Name

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

☑ None of the above

B. *Check all that apply:*

☐ Tax-exempt entity (as described in 26 U.S.C. § 501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)

☐ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.naics.com/search/ .

_____

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

*Check one:*

☑ Chapter 7

☐ Chapter 9

☐ Chapter 11. *Check all that apply:*

☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725 (amount subject to adjustment on 4/01/25 and every 3 years after that).

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and it chooses to proceed under Subchapter V of Chapter 11.

☐ A plan is being filed with this petition.

☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

☑ No

☐ Yes.  District _____  When _____  Case number _____
                                    MM / DD / YYYY

         District _____  When _____  Case number _____
                                    MM / DD / YYYY

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list.

☑ No

☐ Yes.  Debtor _____  Relationship _____

         District _____  When _____
                                              MM / DD / YYYY

         Case number, if known _____

Official Form 201                Voluntary Petition for Non-Individuals Filing for Bankruptcy                page 2

| Debtor | Premier Bakeries, Inc | Case number (if known) |
|---|---|---|
| | Name | |

**11. Why is the case filed in *this district*?**

Check all that apply:

☐ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☑ No

☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (Check all that apply.)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____

Number          Street

_____

City                                    State        ZIP Code

**Is the property insured?**

☐ No

☐ Yes. Insurance agency _____

Contact name _____

Phone _____

---

### Statistical and administrative information

**13. Debtor's estimation of available funds**

Check one:

☐ Funds will be available for distribution to unsecured creditors.

☑ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors.

**14. Estimated number of creditors**

☑ 1-49
☐ 50-99
☐ 100-199
☐ 200-999

☐ 1,000-5,000
☐ 5,001-10,000
☐ 10,001-25,000

☐ 25,001-50,000
☐ 50,001-100,000
☐ More than 100,000

**15. Estimated assets**

☑ $0-$50,000
☐ $50,001-$100,000
☐ $100,001-$500,000
☐ $500,001-$1 million

☐ $1,000,001-$10 million
☐ $10,000,001-$50 million
☐ $50,000,001-$100 million
☐ $100,000,001-$500 million

☐ $500,000,001-$1 billion
☐ $1,000,000,001-$10 billion
☐ $10,000,000,001-$50 billion
☐ More than $50 billion

---

| Debtor | Premier Bakeries, Inc | Case number (if known) | |
|---|---|---|---|
| | Name | | |

**16. Estimated liabilities**

- ☑ $0-$50,000
- ☐ $50,001-$100,000
- ☐ $100,001-$500,000
- ☐ $500,001-$1 million

- ☐ $1,000,001-$10 million
- ☐ $10,000,001-$50 million
- ☐ $50,000,001-$100 million
- ☐ $100,000,001-$500 million

- ☐ $500,000,001-$1 billion
- ☐ $1,000,000,001-$10 billion
- ☐ $10,000,000,001-$50 billion
- ☐ More than $50 billion

---

### Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  07/09/2024
MM / DD / YYYY

✗ _____
Signature of authorized representative of debtor

Nezihe G. Ozdin
Printed name

Title  Member

**18. Signature of attorney**

✗ _____
Signature of attorney for debtor

Date  07/09/2024
MM / DD / YYYY

David Stevens
Printed name

Scura Wigfield, Heyer, Stevens & Cammarota LLP
Firm name

1599 Hamburg Turnpike
Number          Street

Wayne
City

NJ
State

07470
ZIP Code

973-696-8391
Contact phone

dstevens@scura.com
Email address

034422007
Bar number

NJ
State

---

Official Form 201          Voluntary Petition for Non-Individuals Filing for Bankruptcy          page 4

Fernando Fonseca Aguirre
c/o Law Offices of Nolan Klein, P.A.
5550 Glades Road, Suite 500
Boca Raton, FL 33431

Melida Moreta Bastidas
c/o Law Offices of Nolan Klein, P.A.
5550 Glades Road, Suite 500
Boca Raton, FL 33431

Mercedes-Benz Financial Services, USA, LLC
14372 Heritage Parkway
Fort Worth, TX 76177

Ondeck
1400 Broadway FL 25
New York, NY 10018

U.S Small Business Administration
2 North Street, Suite 320
Birmingham, AL 35203

United States Bankruptcy Court

District of New Jersey

In re: Premier Bakeries, Inc

Case No.

Chapter    7

Debtor(s)

**Verification of Creditor Matrix**

The above-named Debtor(s) hereby verify that the attached list of creditors is true and correct to the best of their knowledge.

Date: _____07/09/2024_____

_____
Signature of Individual signing on behalf of debtor

_____
Position or relationship to debtor