

619 River Dr, Suite 340, Elmwood Park, NJ 07407

(201) 500-5490

www.ogplawfirm.com

crew@ogplawfirm.com

June 12, 2026

**VIA PACER**
Honorable James R. Cho
United States District Court
225 Cadman Plaza East
Brooklyn, NY 11201

      Re:  **Bastidas and Aguirre v. Premier Bakeries**
             23-cv-07750-JRC

Dear Judge Cho:

    As you are aware, this firm represents Premier Bakeries in the matter referenced above. In compliance with the court's text order dated June 5, 2026, please see below for Defendant's representative for June 24, 2026, motion hearing:

Yilmaz Akcabal
**Phone:** 201-918-0710
**Email:** yakcabal@gmail.com
**Address:** 725 River Road, Suite 288, Edgewater, NJ 07020

Very truly yours,

*Crew Schielke*
CREW SCHIELKE

cc: Nolan Klien, Esq.
    Yilmaz Akcabal